1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CHRISTIAN ENTO,                    No.  2:13-cv-2271 KJN P

12                 Plaintiff,

13        v.                           ORDER

14  THE PEOPLE OF THE STATE OF
    CALIFORNIA,
15
                   Defendant.
16

17

18        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

19  U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

20  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

21  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

22  certified copy of his prison trust account statement for the six month period immediately

23  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be

24  provided the opportunity to submit a completed in forma pauperis application and a certified copy

25  in support of his application.

26        In accordance with the above, IT IS HEREBY ORDERED that:

27        1.  Within thirty days from the date of this order, plaintiff shall complete the attached

28  Notice of Submission and submit the following documents to the court:

1

a.  A complete Application to Proceed In Forma Pauperis By a Prisoner; and

b.  A certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

Dated:  November 15, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ento2271.3c+newjfm

2

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTIAN ENTO,                        No.  2:13-cv-2271 KJN P

12              Plaintiff,

13        v.                                NOTICE OF SUBMISSION

14   THE PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                Defendant.
16

17
          Plaintiff submits the following documents in compliance with the court's order filed
18
     _____:
19
          ____     Complete Application to Proceed In Forma Pauperis
20               By a Prisoner/Certified Copy of Prison Trust Account
                 Statement
21

22   DATED:  _____

23

24                                          _____
25                                          Plaintiff

26

27

28
                                           1