1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTIAN ENTO,                          No.  2:13-cv-02271-KJN P

12              Plaintiff,

13         v.

14    THE PEOPLE OF THE STATE OF               ORDER
      CALIFORNIA,
15
                Defendant.
16

17

18         Plaintiff, who is incarcerated at the Sacramento County Jail, has filed an application to

19    proceed in forma pauperis, together with a three-page form complaint asserting the denial of his

20    civil rights under 42 U.S.C. § 1983.  Plaintiff's claim states in full:  "Need my case overturned

21    due to the fact I was falsely convicted."  (ECF No. 1 at 3.)  Plaintiff asks the court to "overturn all

22    convictions and all counts."  (Id.)

23         Plaintiff's amended in forma pauperis application demonstrates that he is unable to afford

24    the costs of suit.  (ECF No. 6.)  See 28 U.S.C. § 1915(a).  However, because it is unclear whether

25    petitioner's pleading is properly framed as a civil rights action, rather than an action in habeas

26    corpus, and because the filing costs associated with each pleading are different, the court will

27    defer ruling on the application to proceed in forma pauperis until plaintiff has filed an amended

28    pleading, or requests the dismissal of this action.

                                              1

1    Plaintiff's challenge to his conviction is not cognizable as a civil rights claim.  Section

2  1983 is a vehicle for seeking monetary damages based on a challenge to the conditions of one's

3  confinement.  Plaintiff's challenge to his conviction is properly framed as a petition for writ of

4  habeas corpus, under 28 U.S.C. § 2254.  However, exhaustion of state court remedies is a

5  precondition to bringing a federal habeas corpus action, and it does not appear that plaintiff has

6  exhausted those remedies.  (Plaintiff states that he has not previously brought suit, other than a

7  lawsuit entitled "Christian Ento v. TMZ."  (ECF No. 1 at 1.))

8    For these reasons, the undersigned finds no apparent legal basis on which this action can

9  proceed in federal court – it does not appear to be a civil rights action under 42 U.S.C. § 1983,

10  and it appears that  Mr. Ento is seeking to circumvent the state courts by challenging his

11  conviction in the first instance in federal court.  Nevertheless, plaintiff will be given an additional

12  opportunity to demonstrate whether he has a cognizable claim.

13    Therefore, IT IS HEREBY ORDERED that:

14    1.  The court defers consideration of plaintiff's application to proceed in forma pauperis;

15    2.  The complaint is dismissed;

16    3.  The Clerk of Court is directed to send plaintiff the forms used by prisoners in this

17  district for filing (1) a petition for writ of habeas corpus, and (2) a civil rights complaint;

18    4.  Plaintiff shall, within thirty days after service of this order, file an amended pleading,

19  prefaced by ONE of the forms provided herein, and clearly designated a Petition for Writ of

20  Habeas Corpus OR a Civil Rights Complaint pursuant to 42 U.S.C. § 1983; and

21    5.  Alternatively, if plaintiff concludes that he does not yet meet the requirements for

22  filing either a civil rights complaint or a petition for writ of habeas corpus in federal court, he may

23  request the voluntary dismissal of this action, and thereby avoid payment of a filing fee.

24    SO ORDERED.

25  Dated:  February 28, 2014

26

27  /ento2271.hcvscr.scrn

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

28

2