UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTIAN ENTO,

         Plaintiff,

    v.

THE PEOPLE OF THE STATE OF
CALIFORNIA,

         Defendant.

No.  2:13-cv-02271-KJN P

ORDER

Plaintiff, an inmate at Sacramento County Jail, proceeds without counsel in this action. Plaintiff consented the jurisdiction of the undersigned magistrate judge for all purposes.  See 28 U.S.C. § 636(c); Local Rule 305(a) (see also ECF No. 4).

On March 3, 2014, the court directed plaintiff to file, within thirty (30) days, a petition for writ of habeas corpus or a civil rights complaint, or request voluntary dismissal of this ambiguous action.  The court deferred ruling on plaintiff's application to proceed in forma pauperis until such time that plaintiff clarified the nature of this case.  As the court noted, "the undersigned finds no apparent legal basis on which this action can proceed in federal court."  (ECF No. 7 at 2.)

The time for responding to the court's order has expired.  Plaintiff has filed no pleading or otherwise communicated with the court.  Because this action fails to state a cognizable claim, it will be dismissed without prejudice.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  This action is dismissed without prejudice.

3       2.  The Clerk of Court is directed to close this case.

4   Dated:  April 15, 2014

5

6   /ento2271.close.scrn

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28